## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

**AMERICAN SHELTER, LLC,**

       Plaintiff,                         Civil Case No.:  AW 07CV1164

v.

**SUITLAND HOUSING CORPORATION,**
A Community Housing Development Organization,

       Defendant.

_____/

## NOTICE OF APPEAL

NOTICE is hereby given this 14th day of September, 2010, that Suitland Housing

Corporation hereby appeals to the United States Court of Appeals for the Fourth Circuit

from the Order filed August 17, 2010 denying Defendant's Motion for New Trial or to

Alter or Amend Declaratory Judgment.

                                   Respectfully submitted,


                                   /s/

                                 _____
                                 Henry E. Weil, Esq., Bar No. 03502
                                 BELLI, WEIL & GROZBEAN, P.C.
                                 111 Rockville Place, Suite 980
                                 Rockville, Maryland  20850
                                 Telephone:  (301)738-5700
                                 Email:  heweil@bwg-law.com
                                 Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2010, a copy of the foregoing was sent electronically via this Court's ECF system to:

Gerald W. Heller, Esq.
LINOWES & BLOCHER, LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD  20814

/s/

Henry E. Weil, Esq.